```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 08082
   LORENA FLORES
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-2215


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/03/08 .

   2.  The case was dismissed without confirmation, 09/19/2008.

   3.  The Debtor paid a total of $    870.00 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------
FREEDOM MORTGAGE/FREDDIE CURRENT MORTG        .00            .00           .00
FREEDOM MORTGAGE/FREDDIE MORTGAGE ARRE NOT FILED             .00           .00
HARRIS BANK CONSUMER LOA SECURED              .00            .00           .00
HARRIS BANK CONSUMER LOA MORTGAGE ARRE NOT FILED             .00           .00
DIVISION OF CHILD SUPPOR CHILD SUPPORT NOT FILED             .00           .00
ADVENTIST HINSDALE HOSPI UNSECURED      NOT FILED            .00           .00
CENTRAL PROFESSIONAL GRO UNSECURED      NOT FILED            .00           .00
CITY OF JOLIET           UNSECURED      NOT FILED            .00           .00
COMED                    UNSECURED      NOT FILED            .00           .00
EMERGENCY HEALTHCARE PHY UNSECURED      NOT FILED            .00           .00
TS MACY                  UNSECURED      NOT FILED            .00           .00
MERCHANTS CREDIT GUIDE   UNSECURED      NOT FILED            .00           .00
NICOR GAS                UNSECURED      NOT FILED            .00           .00
IL DEPT OF EMPLOYMENT SE UNSECURED      NOT FILED            .00           .00
       Summary of disbursements:
------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00          .00         .00          .00
PRINCIPAL PAID        .00         .00          .00         .00          .00
INTEREST PAID         .00         .00          .00         .00          .00
TOTAL PAID            .00         .00          .00         .00          .00
The Debtor's attorney, PATRICK A MESZAROS           , was allowed $  3500.00
and was paid $    500.00  direct and $    819.54  through the plan.

The Trustee received $     50.46 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 12/17/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE